AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Norman Propst ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00636 |
| Brookfield Properties Multifamily, LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brookfield Properties Multifamily, LLC                                                                              .

Date:   03/05/2025                                                     /s/ Elizabeth C. Rinehart
                                                                                  *Attorney's signature*

                                                              Elizabeth C. Rinehart (Bar No. 1617790)
                                                                        *Printed name and bar number*

                                                                         750 E. Pratt Street, Suite 900
                                                                              Baltimore, MD 21202
                                                                                        *Address*

                                                                             LCRinehart@Venable.com
                                                                                  *E-mail address*

                                                                                  (410) 528-4646
                                                                                *Telephone number*

                                                                                  (410) 244-7742
                                                                                   *FAX number*