IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Norman Propst**, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**Brookfield Properties Multifamily, LLC**,<br><br>*Defendant*. | Civil Action No.: 1:25-cv-00636-JMC |

## DEFENDANT BROOKFIELD PROPERTIES MULTIFAMILY, LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant Brookfield Properties Multifamily, LLC ("Brookfield"), by its undersigned counsel, respectfully moves the Court for an Order dismissing Brookfield pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The Motion is based on the accompanying memorandum of law and exhibits, any oral argument, and such other matters as the Court may consider in hearing the Motion.

Dated: March 11, 2025

Respectfully submitted,

 */s/ Benjamin E. Horowitz*
**VENABLE LLP**
Benjamin E. Horowitz (Bar No. 1017262)
Elizabeth C. Rinehart (Bar No. 1617790)
Brian D. Koosed (Bar No. 1034733)
600 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 344-4494 (Tel.)
(202) 344-8300 (Fax)
BEHorowitz@Venable.com
LCRinehart@Venable.com
BDKoosed@Venable.com

*Attorneys for Defendant*
*Brookfield Properties Multifamily, LLC*