# EXHIBIT C

## 2024 CDCR 14-600

2024 District Of Columbia Administrative Code Archive

*CODE OF D.C. MUNICIPAL REGULATIONS   > TITLE 14. HOUSING  > CHAPTER 6. HOUSING CODE: FACILITIES, UTILITIES, AND FIXTURES  > 14-600. GENERAL PROVISIONS*

## 14-600. GENERAL PROVISIONS

**600.1**  The owner or licensee of each residential building shall provide and maintain the facilities, utilities, and fixtures required by this section.

**600.2**  Each facility, utility, or fixture shall be properly and safely installed, and shall be maintained in a safe and good working condition.

**600.3**  Where a utility (such as water, electricity, gas or other fuels, or sewer or refuse service) is the responsibility of or are under the control of the owner or licensee of any residential building, the utility shall be furnished and maintained by the owner or licensee in the quantities needed for normal occupancy.

**600.4**  Whenever an owner or licensee of any residential building furnishes any facilities for cooking, storage, or refrigeration of food, those facilities shall be maintained by the owner or licensee in a safe and good working condition.

## Statutory Authority

**AUTHORITY:**

 Unless otherwise noted, the authority for this chapter is contained in paragraphs 28 and 46 of § 7 of An Act to make appropriations to provide for the government of the District of Columbia for fiscal year ending June 30, 1903, and for other purposes, Public No. 218, approved July 1, 1902, as amended by An Act approved July 1, 1932, and as further amended by An Act approved July 22, 1947.

## History

**SOURCE:**

 The Housing Regulations of the District of Columbia, 5G DCRR §§ 2401, 2405 and 2406, C.O. 55-1503 (August 11, 1955).

CODE OF D.C. MUNICIPAL REGULATIONS

Copyright © 2025 Matthew Bender & Company, Inc. a member of the LexisNexis Group. All rights reserved.CODE OF D.C. MUNICIPAL REGULATIONS Copyright (c) Matthew Bender & Company, Inc. a member of the LexisNexis Group. All rights reserved.