## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Norman Propst**, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**Brookfield Properties Multifamily, LLC**,<br><br>*Defendant*. | Civil Action No.: 1:25-cv-00636-JMC |

### [PROPOSED] ORDER GRANTING DEFENDANT BROOKFIELD PROPERTIES MULTIFAMILY, LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Upon consideration of Defendant's Brookfield Properties Multifamily, LLC's Motion to Dismiss and any opposition, reply, and any oral argument, it is hereby ORERED that,

The Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff's Complaint is hereby dismissed with prejudice; and it is

FURTHER ORDERED that judgment be entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____
The Honorable Jia M. Cobb
U.S. District Court, District of Columbia