**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NORMAN PROPST, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BROOKFIELD PROPERTIES MULTIFAMILY, LLC,<br><br>Defendant. | Case No. 1:25-cv-00636-GMH |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Norman Propst, on behalf of himself and a proposed Settlement Class of similarly situated tenants of properties managed by Defendant Brookfield Properties Multifamily, LLC ("BPM") within the District of Columbia respectfully moves for preliminary approval of the proposed Settlement.[1] The Settlement resolves claims that BPM charged various "junk fees" to tenants across its rental properties in Washington, D.C. The Settlement in this case provides substantial monetary relief in the form of a $1,100,000 non-reversionary settlement fund along with practice changes that will inure to the benefit of Class Members and future BPM tenants.

The Settlement here is an outstanding recovery in a case that satisfies all D.C. Circuit criteria for preliminary settlement approval. This relief was secured by experienced and informed counsel after more than a year-and-a-half of litigation, including briefing on numerous contested substantive motions. The terms are fair, reasonable, and adequate, and were reached at arm's

[1] Capitalized terms are defined in the Settlement Agreement and General Release, together with its exhibits and the First Amendment to Settlement Agreement and General Release, attached as Exhibit 1 to the Joint Declaration of Hassan A. Zavareei, F. Peter Silva II, Jason S. Rathod, and Randolph T. Chen.

length. Class Counsel and the Class Representative have adequately represented the Settlement Class. Additionally, the proposed Notice plan, which contemplates Notice by email, postcard, and a Settlement Website, is the best notice practicable under the circumstances.

Accordingly, Plaintiff requests that the Court (1) preliminarily approve the proposed Settlement, (2) conditionally certify the Settlement Class, (3) appoint Norman Propst as Settlement Class Representative, (4) appoint the law firms of Tycko & Zavareei LLP and Migliaccio & Rathod LLP as Class Counsel, (5) appoint Kroll Settlement Administrator, LLC as Settlement Administrator, (6) order the Notice of the Settlement be made to the Settlement Class, and (7) set a Final Approval Hearing no earlier than 140 days from the date of the Preliminary Approval Order. This Motion is based on the Motion, the accompanying Memorandum of Law, the Joint Declaration of Hassan A. Zavareei, F. Peter Silva II, Jason S. Rathod, and Randolph T. Chen with all Exhibits thereto, the Declaration of Brianne A. Nelson of Kroll Settlement Administration LLC, the pleadings and papers on file before the Court, and any such other materials as the Court may consider.

BPM does not oppose the relief sought in this Motion.

Date: August 26, 2026

Respectfully submitted,

*/s/ F. Peter Silva II*
F. Peter Silva II (DC Bar No. 1010483)
Hassan A. Zavareei (DC Bar No. 456161)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave., NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
psilva@tzlegal.com
hzavareei@tzlegal.com

*/s/ Randolph T. Chen*
Randolph T. Chen (DC Bar No. 1032644)
Jason S. Rathod (DC Bar No. 100082)

Nicholas A. Migliaccio (DC Bar No. 484366)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Washington DC 20002
Office: (202) 470-3520
Fax: (202) 800-2730
rchen@classlawdc.com
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

*Counsel for Plaintiff Norman Propst and the Proposed Settlement Class*

**CERTIFICATE OF SERVICE**

I certify that, on August 26, 2026, a copy of the foregoing document was filed with the Clerk of the Court and upon counsel of record using the CM/ECF System.

*/s/ F. Peter Silva II*
F. Peter Silva II