**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Norman Propst, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Brookfield Properties Multifamily, LLC,<br><br>*Defendant*. | Civil Action No.: 1:25-cv-00636-GMH |

**JOINT NOTICE OF SERVING CAFA NOTICE**

Plaintiff Norman Propst and Defendant Brookfield Properties Multifamily, LLC hereby notify the Court that, on September 24, 2026, pursuant to Section 3 of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, the CAFA Notice for the proposed settlement in the above-captioned matter was sent to all appropriate federal and state officials via U.S. mail by the third-party settlement administrator, Kroll Settlement Administration.

Dated: September 25, 2026

Respectfully submitted,

*/s/ Randolph T. Chen*
F. Peter Silva II (Bar No. 1010483)
Hassan Zavareei (Bar No. 456161)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave. NW, Suite 1010
Washington, D.C. 20006
(202) 973-0900 (Tel.)
psilva@tzlegal.com
hzavareei@tzlegal.com

Randolph T. Chen (Bar No. 1032644)
Jason S. Rathod (Bar No. 1000882)
Nicholas A. Migliaccio (Bar No. 484366)
**MIGLIACCIO & RATHOD LLP**

*/s/ Benjamin E. Horowitz*
Benjamin E. Horowitz (Bar No. 1017262)
Elizabeth C. Rinehart (Bar No. 1617790)
Brian D. Koosed (Bar No. 1034733)
**VENABLE LLP**
600 Massachusetts Avenue, N.W.
Washington, D.C. 20001
(202) 344-4494 (Tel.)
(202) 344-8300 (Fax)
BEHorowitz@Venable.com
LCRinehart@Venable.com
BDKoosed@Venable.com

*Attorneys for Defendant*

412 H St., NE, Suite 302
Washington, D.C. 20002
(202) 470-3520 (Tel.)
rchen@classlawdc.com

*Attorneys for Plaintiff Norman Propst*

*Brookfield Properties Multifamily, LLC*